IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 07-cv-01846-ZLW-MJW

GENERAL STAR INDEMNITY COMPANY, a Connecticut corporation,

    Plaintiff,

v.

OAKWOOD BUILDING AND DEVELOPMENT CO., a Colorado corporation, a/k/a
Oakwood Building Corp & Development a/k/a Oakwood Construction Company;
LARRY KLEVEN;
ALLAN KLEVEN;
MYRON and TINA SMITH;
WALTER and KATHLEEN BLAIR;
JEFFREY and SANDRA McGINNISS;
WILLIAM and LINDA HERLTH;
KEVIN and ROBIN RIVARD;
STEPHEN and JANE SCHUH;
R.J. and STEPHANIE MacFARLANE;
TERRY and ROBIN HAMILTON;
BARTON NESMITH;
WAYNE MAIDEN;
LEE and CYNTHIA NEWBERRY, and
CANAL INDEMNITY COMPANY, a South Carolina corporation,

    Defendants.

---

## ORDER

---

The matters before the Court are a Stipulation For Dismissal Of Canal Indemnity Company Without Prejudice (Doc. 41), a Stipulated Motion To Dismiss Defendants Myron And Tina Smith With Prejudice (Doc. 42), Plaintiff's Unopposed Motion To

Amend The Complaint (Doc. No. 43), and a Stipulated Motion To Dismiss The Third Claim For Relief Without Prejudice (Doc. No. 45). In consideration thereof, it is

ORDERED that the Stipulated Motion To Dismiss Defendants Myron And Tina Smith With Prejudice (Doc. 42) is granted, and the Complaint and cause of action, including any and all claims that were asserted by and between them or that could have been asserted by and between them, are dismissed with prejudice as to Defendants Myron and Tina Smith, the parties to pay their own attorney fees and costs. It is

FURTHER ORDERED that the Complaint and cause of action are dismissed without prejudice as to Defendant Canal Indemnity Company pursuant to the terms of the Stipulation (Doc. 41), the parties to pay their own attorney fees and costs. It is

FURTHER ORDERED that Plaintiff's Unopposed Motion To Amend The Complaint (Doc. No. 43) is granted and the Complaint attached as an exhibit to the Motion is accepted as Plaintiff's Second Amended Complaint. It is

FURTHER ORDERED that the Stipulated Motion To Dismiss The Third Claim For Relief Without Prejudice (Doc. No. 45) is granted.

DATED at Denver, Colorado, this __30__ day of November, 2007.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court