IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 07-cv-01846-ZLW-MJW

GENERAL STAR INDEMNITY COMPANY, a Connecticut corporation,

    Plaintiff,

v.

OAKWOOD BUILDING AND DEVELOPMENT CO., a Colorado corporation, a/k/a OAKWOOD BUILDING CORP & DEVELOPMENT a/k/a OAKWOOD CONSTRUCTION COMPANY;
LARRY KLEVEN;
ALLAN KLEVEN;
MYRON SMITH;
TINA SMITH;
WALTER BLAIR;
KATHLEEN BLAIR;
JEFFREY McGINNISS;
SANDRA McGINNISS;
WILLIAM HERLTH;
LINDA HERLTH;
KEVIN RIVARD;
ROBIN RIVARD;
STEPHEN SCHUH;
JANE SCHUH;
R.J. MacFARLANE;
STEPHANIE MacFARLANE;
TERRY HAMILTON;
ROBIN HAMILTON;
BARTON NESMITH;
WAYNE MAIDEN;
LEE NEWBERRY;
CYNTHIA NEWBERRY;
CANAL INDEMNITY COMPANY, a South Carolina corporation;
MARK A. NETHERCOT; and
MICHELLE L. NETHERCOT,

    Defendants.

ORDER

The matters before the Court are a Stipulated Motion For Bifurcation And Stay Of Counterclaims and an Unopposed Motion For Extension Of Time To Answer Counterclaims. In consideration thereof, it is

ORDERED that the Stipulated Motion For Bifurcation And Stay Of Counterclaims (Doc. No. 50; Dec. 18, 2007) is granted. Defendants' counterclaims are bifurcated from Plaintiff's claims, and all proceedings related to the counterclaims are stayed pending the resolution of Plaintiff's rescission claim. It is

FURTHER ORDERED that the Unopposed Motion For Extension Of Time To Answer Counterclaims (Doc. No. 52; Jan. 2, 2008) is granted and Plaintiff shall have up to and including thirty days after the stay is lifted to answer Defendants' counterclaims. It is

FURTHER ORDERED that all parties follow the caption formatting requirements contained in D.C.COLO.LCivR 10.1J in all future pleadings or papers.

DATED at Denver, Colorado, this   3   day of January, 2008.

BY THE COURT:

*Zita L. Weinshienk*
_____
ZITA L. WEINSHIENK,  Senior Judge
United States District Court