IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 07-cv-01846-ZLW-MJW

GENERAL STAR INDEMNITY COMPANY, a Connecticut corporation,

    Plaintiff,

v.

OAKWOOD BUILDING AND DEVELOPMENT CO., a Colorado corporation, a/k/a
OAKWOOD BUILDING CORP & DEVELOPMENT a/k/a OAKWOOD CONSTRUCTION
COMPANY;
GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA f/k/a FULCRUM
INSURANCE COMPANY;
LARRY KLEVEN;
ALLAN KLEVEN;
MYRON SMITH;
TINA SMITH;
WALTER BLAIR;
KATHLEEN BLAIR;
JEFFREY McGINNISS;
SANDRA McGINNISS;
WILLIAM HERLTH;
LINDA HERLTH;
KEVIN RIVARD;
ROBIN RIVARD;
STEPHEN SCHUH;
JANE SCHUH;
R.J. MacFARLANE;
STEPHANIE MacFARLANE;
TERRY HAMILTON;
ROBIN HAMILTON;
BARTON NESMITH;
WAYNE MAIDEN;
LEE NEWBERRY;
CYNTHIA NEWBERRY;
CANAL INDEMNITY COMPANY, a South Carolina corporation;
MARK A. NETHERCOT; and
MICHELLE L. NETHERCOT,

    Defendants.

## ORDER

The matter before the Court is a Stipulated Motion For Dismissal Of General Security Indemnity Company (f/k/a Fulcrum Insurance) Without Prejudice (Doc. No. 54). In consideration thereof, it is

ORDERED that the Stipulated Motion For Dismissal Of General Security Indemnity Company (f/k/a Fulcrum Insurance) Without Prejudice (Doc. No. 54; Jan. 7, 2008) is granted and the complaint and cause of action is dismissed without prejudice as to Defendant General Security Indemnity Company (f/k/a Fulcrum Insurance Company) pursuant to their stipulation, the parties to pay their own attorney fees and costs.

DATED at Denver, Colorado, this __11__ day of January, 2008.

BY THE COURT:

*[signature: Zita L. Weinshienk]*

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court