# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01846-ZLW-MJW

**GENERAL STAR INDEMNITY COMPANY, a Connecticut Corporation,**

Plaintiff

v.

**OAKWOOD BUILDING AND DEVELOPMENT CO., a Colorado Corporation, a/k/a OAKWOOD BUILDING CORP & DEVELOPMENT a/k/a OAKWOOD CONSTRUCTION COMPANY;**
**LARRY KLEVEN;**
**ALLAN KLEVEN;**
**WALTER and KATHLEEN BLAIR;**
**JEFFREY and SANDRA MCGINNISS;**
**WILLIAM and LINDA HERLTH;**
**KEVIN and ROBIN RIVARD;**
**STEPHEN and JANE SCHUH;**
**R.J. and STEPHANIE MACFARLANE;**
**TERRY and ROBIN HAMILTON;**
**BARTON NESMITH;**
**WAYNE MAIDEN;**
**LEE and CYNTHIA NEWBERRY; and,**
**MARK A. and MICHELLE L. NETHERCOT.**

Defendants

---

## ORDER GRANTING UNOPPOSED MOTION TO AMEND SCHEDULING ORDER
( Docket № 60 )

---

BEFORE ME is Plaintiff's Unopposed Motion to Amend the Scheduling Order. Having reviewed the Unopposed Motion and being fully advised in the premises therefore, IT IS HEREBY ORDERED that the Motion is GRANTED and the Scheduling Order is hereby amended to include the following:

1.     Amend Paragraph 8.b. to reflect a discovery cut-off of October 31, 2008 rather than June 30, 2008.

2.     Amend Paragraph 8.c. to reflect a dispositive motions deadline of December 5, 2008, rather than July 31, 2008.

3.     Amend Paragraph 8.d.3. to reflect an expert disclosures deadline of July 31, 2008, rather than April 1, 2008.

4.     Amend Paragraph 8.d.4. to reflect a rebuttal expert disclosures deadline of August 29, 2008, rather than May 1, 2008.

5.     Amend Paragraph 8.e. to reflect an "all depositions" deadline of October 31, 2008, rather than June 30, 2008.

6.     Amend Paragraph 8.e.1. to add K. Denny Moore as an anticipated deponent (est. 4 hours).

7.     Amend Paragraph 8.e.2. to reflect that the parties have blocked off June 23 through June 27, 2008, and August 12 through August 15, 2008, for depositions and will continue to confer regarding other dates as appropriate.

8.     Amend Paragraph 8.f. to reflect a service of interrogatories deadline of September 15, 2008, rather than May 12, 2008.

9.     Amend Paragraph 8.g. to reflect a service of requests for production and requests for admissions deadline of September 15, 2008, rather than May 12, 2008.

10.     General Star respectfully suggests that the Scheduling Order also be amended to reflect the following developments: (1) a motion to amend the complaint to add K. Denny Moore

as a defendant is currently pending, and (2) pursuant to the agreements of the parties and orders of the Court, (a) the Smiths were dismissed as defendants, (b) two other insurance carriers, Canal Insurance, and General Security Indemnity Company of Arizona f/k/a Fulcrum, were first joined and then dismissed without prejudice as defendants, (c) the third claim for relief was dismissed without prejudice, (d) the defendants' counterclaims were bifurcated and stayed pending determination of General Star's rescission claims.

DATED: March 3, 2008

BY THE COURT:

_____
Zita Weinshienk
United States District Court Judge