# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:07-cv-01846-ZLW-MJW

**GENERAL STAR INDEMNITY COMPANY, a Connecticut Corporation,**

Plaintiff

v.

**OAKWOOD BUILDING AND DEVELOPMENT CO., a Colorado Corporation, a/k/a**
**OAKWOOD BUILDING CORP & DEVELOPMENT a/k/a OAKWOOD**
**CONSTRUCTION COMPANY;**
**LARRY KLEVEN;**
**ALLAN KLEVEN;**
**K. DENNY MOORE;**
**WALTER and KATHLEEN BLAIR;**
**JEFFREY and SANDRA MCGINNISS;**
**WILLIAM and LINDA HERLTH;**
**KEVIN and ROBIN RIVARD;**
**STEPHEN and JANE SCHUH;**
**R.J. and STEPHANIE MACFARLANE;**
**TERRY and ROBIN HAMILTON;**
**BARTON NESMITH;**
**WAYNE MAIDEN;**
**LEE and CYNTHIA NEWBERRY; and,**
**MARK A. and MICHELLE L. NETHERCOT.**

Defendants

---

## ORDER GRANTING THE SECOND MOTION TO AMEND THE COMPLAINT ( Docket No 59 )

BEFORE ME is Plaintiff's Second Motion to Amend the Complaint. Having reviewed the Motion and being fully advised in the premises therefore, IT IS HEREBY ORDERED that the Motion is GRANTED. The Third Amended Complaint attached thereto shall be deemed to have been filed on February 29, 2008.

DATED: March 4, 2008

BY THE COURT:

Zita Weinshienk,
United States District Court Judge

OCMICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
MICHAEL J. WATANABE