IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:07-CV-01846

**General Star Indemnity Company, a Connecticut Corporation,**

Plaintiff

v.

**Oakwood Building and Development Co., a Colorado Corporation, a/k/a Oakwood Building Corp & Development a/k/a Oakwood Construction Company;
Larry Kleven;
Allan Kleven;
Walter and Kathleen Blair;
Jeffrey and Sandra McGinniss;
William and Linda Herlth;
Kevin and Robin Rivard;
Stephen and Jane Schuh;
R.J. and Stephanie MacFarlane;
Terry and Robin Hamilton;
Barton Nesmith;
Wayne Maiden;
Lee and Cynthia Newberry;
Mark A. and Michelle L. Nethercot**

Defendants

---

### ORDER GRANTING UNCONTESTED MOTION TO EXTEND DEADLINES

---

BEFORE ME is the parties' Joint Motion to Extend Deadlines. Having reviewed the Joint Motion and being fully advised in the premises therefore, IT IS HEREBY ORDERED that the Joint Motion is GRANTED ans the Scheduling Order is hereby amended as follows:

1. Amend Paragraph 8.a. to reflect a deadline for Joinder of Parties and Amendments of Pleadings to **October 28, 2008** rather than August 29, 2008.

-1-

2. Amend Paragraph 8.b. to reflect a discovery cut-off of **December 30, 2008** rather than October 31, 2008.

3. Amend Paragraph 8.c. to reflect a dispositive motions deadline of **February 3, 2009** rather than December 5, 2008.

4. Amend Paragraph 8.d.3. to reflect an expert disclosure deadline of **September 29, 2008** rather than July 31, 2008.

5. Amend Paragraph 8.d.4. to reflect a rebuttal expert disclosure deadline of **October 28, 2008** rather than August 29, 2008.

6. Amend Paragraph 8.e. to reflect an "all depositions" deadline of **December 30, 2008** rather than October 31, 2008.

7. Amend Paragraph 8.f. to reflect a service of interrogatories deadline of **November 14, 2008** rather than September 15, 2008.

8. Amend Paragraph 8.g. to reflect a service of requests for production and requests for admissions deadline of **November 14, 2008** rather than September 15, 2008.

9. The pretrial conference currently scheduled for September 26, 2008 is hereby vacated.

DATED July 30, 2008.

BY THE COURT:

_____
Magistrate Judge Michael J. Watanabe