IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 07-cv-01846-ZLW-MJW

GENERAL STAR INDEMNITY COMPANY, a Connecticut corporation,

    Plaintiff,

v.

OAKWOOD BUILDING AND DEVELOPMENT CO., a Colorado corporation, a/k/a
OAKWOOD BUILDING CORP & DEVELOPMENT a/k/a OAKWOOD CONSTRUCTION
COMPANY;
LARRY KLEVEN;
ALLAN KLEVEN;
WALTER BLAIR;
KATHLEEN BLAIR;
JEFFREY McGINNISS;
SANDRA McGINNISS;
WILLIAM HERLTH;
LINDA HERLTH;
KEVIN RIVARD;
ROBIN RIVARD;
STEPHEN SCHUH;
JANE SCHUH;
R.J. MacFARLANE;
STEPHANIE MacFARLANE;
TERRY HAMILTON;
ROBIN HAMILTON;
BARTON NESMITH;
WAYNE MAIDEN;
LEE NEWBERRY;
CYNTHIA NEWBERRY;
MARK A. NETHERCOT; and
MICHELLE L. NETHERCOT,

    Defendants.

---

ORDER

---

The matter before the Court is Defendants' Oakwood Building and Development Company, Oakwood Construction Company, Larry Kleven, Allan Kleven, and K. Denny Moore's Unopposed Motion To File Third-Party Complaint. In consideration thereof, it is

ORDERED that the Unopposed Motion To File Third-Party Complaint (Doc. No. 89; Aug. 29, 2008) is granted and the Third-Party Complaint, attached to the Defendants' Motion (Doc. No. 89-2), is accepted for filing.

DATED at Denver, Colorado, this   11th   day of September, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court