IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 07-cv-01846-PAB-MJW

GENERAL STAR INDEMNITY COMPANY, a Connecticut corporation,

    Plaintiff,

v.

OAKWOOD BUILDING AND DEVELOPMENT CO., a Colorado corporation, a/k/a
OAKWOOD BUILDING CORP & DEVELOPMENT a/k/a OAKWOOD CONSTRUCTION
COMPANY,
LARRY KLEVEN,
ALLAN KLEVEN,
K. DENNY MOORE,
WALTER and KATHLEEN BLAIR,
JEFFREY and SANDRA MCGINNISS,
WILLIAM and LINDA HERLTH,
KEVEN and ROBIN RIVARD,
STEPHEN and JANE SCHUH,
R.J. and STEPHANIE MACFARLANE,
TERRY and ROBIN HAMILTON,
BARTON NESMITH,
WAYNE MAIDEN,
LEE and CYNTHIA NEWBERRY, and
MARK A. and MICHELLE L. NETHERCOT,

    Defendants,

and

OAKWOOD BUILDING AND DEVELOPMENT COMPANY,
OAKWOOD CONSTRUCTION COMPANY,
LARRY KLEVEN,
ALLAN KLEVEN, and
K. DENNY MOORE,

    Third-Party Plaintiffs,

v.

MCGEE AGENCIES, INC., n/k/a WESTERN GROUP, and
ADCO GENERAL CORPORATION,

    Third-Party Defendants.

## ORDER OF DISMISSAL

THIS MATTER comes before the Court upon the parties' Stipulation Motion for Dismissal of All Claims and Counterclaims Pending Between General Star and Defendants [Docket No. 135]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the parties' stipulated motion to dismiss [Docket No. 135] is granted. It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a)(2), this matter, and all claims asserted therein between plaintiff and defendants, is dismissed, with each party to bear that party's own attorneys' fees and costs. It is further

**ORDERED** that all of plaintiff's pending motions and defendants' pending motions for summary judgment [Docket Nos. 98, 104, 113, 118, 133] are denied as moot. It is further

**ORDERED** that, on or before **January 8, 2009**, third-party plaintiffs shall submit to the Court briefing setting forth the reasons, if any, that this Court should retain jurisdiction over the third-party complaint in this matter [Docket No. 92]. Third-party defendants shall submit their response, if any, to such briefing on or before **January 15, 2009**.

DATED December 19, 2008.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge