IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 07-cv-01846-PAB-MJW

GENERAL STAR INDEMNITY COMPANY, a Connecticut corporation,

    Plaintiff,

v.

OAKWOOD BUILDING AND DEVELOPMENT CO., a Colorado corporation, a/k/a
OAKWOOD BUILDING CORP & DEVELOPMENT a/k/a OAKWOOD CONSTRUCTION
COMPANY,
LARRY KLEVEN,
ALLAN KLEVEN,
K. DENNY MOORE,
WALTER and KATHLEEN BLAIR,
JEFFREY and SANDRA MCGINNISS,
WILLIAM and LINDA HERLTH,
KEVEN and ROBIN RIVARD,
STEPHEN and JANE SCHUH,
R.J. and STEPHANIE MACFARLANE,
TERRY and ROBIN HAMILTON,
BARTON NESMITH,
WAYNE MAIDEN,
LEE and CYNTHIA NEWBERRY, and
MARK A. and MICHELLE L. NETHERCOT,

    Defendants,

and

OAKWOOD BUILDING AND DEVELOPMENT COMPANY,
OAKWOOD CONSTRUCTION COMPANY,
LARRY KLEVEN,
ALLAN KLEVEN, and
K. DENNY MOORE,

    Third-Party Plaintiffs,

v.

MCGEE AGENCIES, INC., n/k/a WESTERN GROUP, and
ADCO GENERAL CORPORATION,

    Third-Party Defendants.

## ORDER OF DISMISSAL

This matter comes before the Court upon (1) the Stipulated Motion for Dismissal With Prejudice of All Claims Pending Between Defendant and Third-Party Plaintiff K. Denny Moore and Third-Party Defendant McGee Agencies, Inc, n/k/a Western Group [Docket No. 148] and (2) the Stipulated Motion for Dismissal With Prejudice of All Claims Pending Between Defendant and Third-Party Plaintiff K. Denny Moore and Third-Party Defendant ADCO General Corporation [Docket No. 150]. The Court has reviewed the pleadings and is fully advised in the premises. It is

**ORDERED** that the stipulated motions to dismiss [Docket Nos. 148, 150] are granted. It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this action, and all claims asserted therein between third-party plaintiff K. Denny Moore and third-party defendants, McGee Agencies, Inc. and ADCO General Corporation, is dismissed with prejudice, with each party to bear that party's own attorneys' fees and costs.

DATED January 12, 2009.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge